IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RICHARD JONES | ) |
| | ) |
| | ) Case No. 3:09-0688 |
| v. | ) JUDGE SHARP |
| | ) |
| ERIC SHINSEKI | ) |

**O R D E R**

The Final Pretrial Conference presently set for Monday, July 25, 2011, is hereby rescheduled for Thursday, July 28, 2011 at 1:30 p.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE