UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **RICHARD JONES,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:09-cv-0688 |
| v. | ) | |
| | ) | |
| **ERIC SHINSEKI, Secretary, U.S.** | ) | **JUDGE SHARP** |
| Department of Veterans Affairs, | ) | **MAGISTRATE JUDGE GRIFFIN** |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons explained in the Memorandum entered contemporaneously herewith, Defendant's Motion for Leave to File Excess Pages (Docket Entry No. 36) is hereby GRANTED. Defendant's Motion for Summary Judgment (Docket Entry No. 35) is also hereby GRANTED.

This case is hereby DISMISSED WITH PREJUDICE.

The Clerk is directed to enter judgment in a separate document in accordance with Federal Rule of Civil Procedure 58.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE